AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**TYREN DEVIN HYMAN**
DOB:
PDID:
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 18, 2007__ in __Washington__ county, in the District of __Columbia__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .40 caliber handgun and .40 caliber ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.  I further state that

I am __Officer William Reinckens__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE WILLIAM REINCKENS**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     Washington, D.C.
Date                                                                                              City and State

_____                        _____
Name & Title of Judicial Officer                                Signature of Judicial Officer

**STATEMENT OF FACTS**

      On July 30, 2007, PG County Police Officer Mike Beaver, who is currently a member of an ATF Task Force, parked his unmarked ATF vehicle at the ATF parking lot in Prince Georges County. Beaver went into his office. Sometime later the Defendant broke into Beaver's car and stole his wallet, identification folder, and his .40 cal. H&K semi-automatic pistol, bearing serial #26-001231. Later that day, someone (believed to be the Defendant) used Beaver's credit card at a gas station at Alabama Avenue and Good Hope Rood in Southeast. MPD Units, including Det. Laura Aceto, responded but did not find the Defendant.

      On September 18 ,2007, at about 9:40 pm, Off. Mike Jones made a traffic stop at the intersection of Southern Ave. and H St, SE. Jones got the two occupants out of the vehicle and had their ID's in his possession. As Jones searched the car, he found a lot of suspected crack cocaine in the back seat. The two suspects realized this, and they took off running. Jones gave a lookout for the fleeing suspects.

      Off. Mike Architzel heard the lookout and saw citizens who flagged him down to say the suspects fled toward Southern and Fitch St., SE. Architzel went to the rear of the 5100 block of Fitch St. and saw the Defendant walking through an open gate. The Defendant seemed to match a description for one of the suspects fleeing Off. Jones, but it was later determined that he was not one of those suspects stopped by Off. Jones.

      Architzel, while still in his police car, approached the Defendant and they looked at each other. The Defendant put his hand in his waistband and Architzel got out of his car. The Defendant started running and Architzel chased him. Architzel saw the defendant pull a black pistol from his waist area and throw it to the ground. At the time, the Defendant was 12-15 feet from a security light and visibility was good.

      The Defendant tried to climb over a fence but Architzel and Off. William Reinckens caught him and placed him under arrest. Architzel went back and showed Reinckens where the gun was. Reinkens recovered the gun. A crime scene search officer recovered 11 rounds of .40 caliber ammunition from the magazine and 1 round of ammunition from the chamber of the gun. The gun was test fired and determined to be operable.

      The pistol's serial number was scraped off of the bottom of the slide but still visible on the barrell. Off. Beaver was notified that his gun had been recovered. On September 19, 2007, Det. Aceto showed Off. Beaver a single arrest photo of the Defendant. Off. Beaver had previously viewed a videotape of the theft of his gun, which was taken by a video camera at the ATF building. Based on images of the man who stole his gun in the ATF video, Off. Beaver immediately recognized and identified the Defendant's arrest photo as depicting the man who had stolen his gun from his vehicle.

The defendant has a prior felony convictions in the U.S. District Court for the District of Columbia, for Unlawful Possession of a Firearm by a Convicted Felon, in Case 03-0126, July, 2003, and Possession of a Controlled Substance and Use and Carrying a Firearm During a Crime of Violence, in Case 02-448, July 2003.

_____
DETECTIVE WILLIAM REINCKENS
6TH DISTRICT
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF SEPTEMBER, 2007.


_____
U.S. MAGISTRATE JUDGE