UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 07-473M-01 |
| | : | |
| v. | : | Magistrate Judge John M. Facciola |
| | : | |
| TYREN DEVIN HYMAN, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR PRE-TRIAL DETENTION PURSUANT TO 18 U.S.C. § 3142(f)(1)(E), 18 U.S.C. § (f)(1)(D), and 18 U.S.C. § (f)(2)(A)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, herewith files this motion as its request for pretrial detention, under 18 U.S.C. § 3142(f)(1)(E), 18 U.S.C. § (f)(1)(D) and 18 U.S.C. § (f)(2)(A).

Procedural History

On Friday, September 21, 2007, the defendant was presented to the court in an initial appearance on a criminal complaint which alleged that the defendant violated 18 U.S.C. § 922(g)(1) by possessing a loaded .40 caliber firearm.

According to the electronic court docket, the court heard and granted a motion for temporary detention. The court scheduled the case for a preliminary/detention hearing on October 2, 2007. The electronic docket does not reflect any request by the government regarding pre-trial detention. While the government sought the defendant's detention for 10 days to allow the United States Probation Office to seek an arrest warrant in United States v. Tyren Hyman, Cr. No.s 03-126 and 02-448, it also intends to request the defendant's pre-trial detention on October 2, 2007 pursuant to the above statutes pending resolution of the instant case.

Government's Motion for Pre-Trial Detention

Pursuant to 18 U.S.C. § 3142(f)(1)(E), the defendant is eligible for pre-trial detention because he is instantly charged with a gun possession offense under 18 U.S.C. § 922(g)(1). Pursuant to 18 U.S.C. § 3142(f)(1)(D), the defendant is a recidivist in that he is has three convictions for state offenses that would be considered a serious drug felony and crimes of violence. The defendant has a serious drug felony conviction for Possession with Intent to Distribute Marijuana and two convictions for crimes of violence: (1) Destruction of Property and (2) Using, Possessing and Carrying a Firearm during a Drug Trafficking Offense. Additionally, pursuant to 18 U.S.C. § 3142(f)(2)(A), the defendant is a serious risk of flight. According to U.S.P.O. Van Hoang, the defendant is an absconder as a supervised releasee in United States v. Tyren Hyman, Cr. No.s 03-126 and 02-448.

For the foregoing reasons, the government respectfully moves for the defendant's pre-trial detention.[1] Accordingly, the government requests that the Court sign the attached order.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

/s /
_____
ANGELA S. GEORGE
ASSISTANT UNITED STATES ATTORNEY
Bar No. 470-567
555 4th Street, N.W., Room 4444
Washington, DC 20530
(202) 514-7315

---

[1] The government notified AFPD Carlos Vanegas of its intention to file this motion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | MAGISTRATE No: 07-473M-01 |
| v. | : | |
| TYREN DEVIN HYMAN, | : | |

## ORDER

Upon written motion of the Government for pre-trial detention, and having found that the defendant is eligible for temporary detention pursuant 18 U.S.C. § 3142 (d)(1)(A)(iii) and granted that period of detention, thereby resulting in no prejudice to the defendant, it is this _____ day of September, 2007, hereby ORDERED that the government's motion for pre-trial detention pursuant to 18 U.S.C. § 3142(f)(1)(E), 18 U.S.C. § 3142 (f)(1)(D), and 18 U.S.C. § 3142 (f)(2)(A) is hereby granted. The defendant's pre-trial detention shall be considered at the consolidated preliminary and detention hearing which is scheduled for October 2, 2007 @ 1:30 p.m. before U.S. Magistrate Judge Deborah A. Robinson.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:  Angela S. George
     Assistant United States Attorney
     555 4th Street, N.W., Room 4444
     Washington, D.C.  20530

     Carlos Vanegas, Esquire
     Federal Public Defender Service
     625 Indiana Avenue, NW
     Suite 550
     Washington, D.C. 20004