UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  :   MAGISTRATE No: 07-473M-01
:
v.  :
:   **FILED**
TYREN DEVIN HYMAN,  :
:   SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon written motion of the Government for pre-trial detention, and having found that the defendant is eligible for temporary detention pursuant 18 U.S.C. § 3142 (d)(1)(A)(iii) and granted that period of detention, thereby resulting in no prejudice to the defendant, it is this _24_ day of September, 2007, hereby ORDERED that the government's motion for pre-trial detention pursuant to 18 U.S.C. § 3142(f)(1)(E), 18 U.S.C. § 3142 (f)(1)(D), and 18 U.S.C. § 3142 (f)(2)(A) is hereby granted. The defendant's pre-trial detention shall be considered at the consolidated preliminary and detention hearing which is scheduled for October 2, 2007 @ 1:30 p.m. before U.S. Magistrate Judge Deborah A. Robinson.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:   Angela S. George
Assistant United States Attorney
555 4th Street, N.W., Room 4444
Washington, D.C. 20530

Carlos Vanegas, Esquire
Federal Public Defender Service
625 Indiana Avenue, NW
Suite 550
Washington, D.C. 20004